# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA HOLLIS MILLIMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | CASE NO. 11-CV-558-MMA(NLS)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 19]<br><br>**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;**<br><br>[Doc. No. 15]<br><br>**GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 16] |

On March 21, 2011, Plaintiff Sylvia Milliman filed this appeal of the final judgment of the Commissioner of Social Security denying her claim for Disability Insurance Benefits and Supplemental Security Income.  The matter was referred to the Honorable Nita L. Stormes, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1.  On March 5, 2012, Judge Stormes filed a Report containing findings and conclusions, upon which she bases her recommendation that the Court deny Plaintiff's motion for summary judgment and grant Defendant's cross-motion for summary judgment.

/ / /

1  The time to file objections to the R&E expired on March 26, 2012.  [Doc. No. 19 at 10.]
2  Plaintiff, who has been represented by counsel throughout this case, did not file objections during
3  the objection period or since the time to do so expired.
4  The Court has considered the pleadings and memoranda of the parties as well as the
5  administrative record, and has made a review and determination in accordance with the requirements
6  of 28 U.S.C. § 636 and applicable case law.  Accordingly, good cause appearing,
7  IT IS HEREBY ORDERED THAT:
8  1. The Report and Recommendation [Doc. No. 19] is **ADOPTED** in its entirety;
9  2. Plaintiff's Motion for Summary Judgment [Doc. No. 15] is **DENIED**; and
10  3. Defendant's Cross-Motion for Summary Judgment [Doc. No. 16] is **GRANTED**.
11  The Clerk of Court is instructed to close this matter.
12  IT IS SO ORDERED.
13  DATED:  April 18, 2012

*(signature)*

Hon. Michael M. Anello
United States District Judge